**216**

David Harold CARR, Plaintiff–
Appellant,

v.

J.R. HEAD, Lieutenant; Officer
Wilson; Bradshaw, Officer,
Defendants–Appellees,

and

John T. McDevitt, Sheriff; Bobby
Lee English; David Pearson,
Defendants.

No. 08–6280.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 31, 2008.

Decided: Nov. 19, 2008.

David Harold Carr, Appellant Pro Se.
Sean Francis Perrin, Womble, Carlyle,
Sandridge & Rice, PLLC, Charlotte,
North Carolina, for Appellees.

Before MOTZ, TRAXLER, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

David Harold Carr appeals the district
court's order denying relief on his 42
U.S.C. § 1983 (2000) complaint. We have
reviewed the record and find no reversible
error. Accordingly, we affirm for the reasons stated by the district court. *Carr v. Head,* No. 1:07–cv–00180–GCM, 2008 WL 305481 (W.D.N.C. Feb. 1, 2008). We deny Carr's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*